### RYALS *v.* THE STATE.

LUMPKIN, J. No complaint was made of the rulings of the presiding judge pending the trial; the verdict was supported by the evidence; and there was no error in overruling the motion for a new trial.

*Judgment affirmed. All the Justices concur.*

Submitted May 18,—Decided June 9, 1908.

Indictment for rape. Before Judge Parker. Appling superior court. March 31, 1908.

*James R. Thomas* and *W. W. Bennett,* for plaintiff in error.

*John C. Hart, attorney-general,* and *John W. Bennett, solicitor-general,* contra.